No. 02–9294. ISAACS *v.* HEAD, WARDEN. C. A. 11th Cir. Certiorari denied. ▮

No. 02–9296. HARRISON *v.* LOCKYER, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. ▮

No. 02–9298. HARDING *v.* WALLS, WARDEN. C. A. 7th Cir. Certiorari denied. ▮

No. 02–9302. STURGEON *v.* PIERSON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–9306. RICHARDS *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. ▮

No. 02–9319. MARTIN *v.* UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT. C. A. 8th Cir. Certiorari denied.

No. 02–9323. WADDELL *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied. ▮

No. 02–9333. FAIRLEY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–9342. RAMIREZ *v.* MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 02–9350. BLACK *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. ▮

No. 02–9367. BONDS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. ▮

No. 02–9368. BEY *v.* WELSBACH ELECTRIC CORP. ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 02–9369. ROSENBACH *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. ▮